Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCINE TRIM**, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> vs. <br><br> **HIGHER LEVEL PROCESSING INC.; BREA FINANCIAL GROUP, LLC, THE, D/B/A PUB CLUB LEADS;** DOES 1 through 10, inclusive, <br> Defendants. | Case No. <br><br> 2:19-CV-10751-DDP-AGR <br><br> **NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS Only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: December 27, 2020         **Law Offices of Todd M. Friedman, P.C.**

                                By: s/ Adrian R. Bacon
                                    Adrian R. Bacon

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

Filed electronically on December 27, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on December 27, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

                                 By: s/ Adrian R. Bacon Esq.
                                         Adrian R. Bacon