1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUCINE ALSULIMAN, individually and on )
behalf of all others similarly situated,   )
                                                            )
                           Plaintiff,          )
                                                            )
              v.                                        )
                                                            )
HIGHER LEVEL PROCESSING INC., <u>et</u> )
<u>al.</u>,                                           )
                                                            )
                           Defendants.      )
_____ )

Case No. CV 19-10751 FMO (AGRx)


**ORDER DISMISSING ACTION**

        The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed a Notice of Settlement notifying the court that plaintiff has settled her claims with defendants. (<u>See</u> Dkt. 42, Notice of Settlement).  Plaintiff has clarified that the settlement is only as to plaintiff's individual claims and that plaintiff will dismiss without prejudice the class claims. (<u>See</u> Dkt. 44, Response to Court Order Regarding Notice of Class Allegations at 2).

        Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. Upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action  and this Order

1 | shall not prejudice any party to this action.

2 | Dated this 2nd day of March, 2021.

3 |

_____

/s/

4 |

Fernando M. Olguin
United States District Judge

5 |

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |